# United States District Court

## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN A. HARKINS,<br>[DOB: 03/03/1998] | **COUNT ONE**:<br>*Malicious Destruction of Property*<br>18 U.S.C. § 844(i)<br>NLT: 5 Years Imprisonment<br>NMT: 20 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT TWO**:<br>*Unlawful Possession of an Unregistered Firearm - Destructive Device*<br>26 U.S.C. §§§ 5845(a)(8) and (f), 5861(d) and 5871<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Each Count<br><br>**CRIMINAL COMPLAINT**<br><br>Case Number: 25-MJ-00119-LMC (WBG) |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT ONE
### *Malicious Destruction of Property*

On or about February 13, 2025, in the Western District of Missouri, the defendant, KEVIN A. HARKINS, maliciously damaged and destroyed and attempted to damage and destroy, by means of fire and explosive materials, a vehicle used in interstate or foreign commerce and in an activity used in interstate or foreign commerce, to wit: a Tesla Cybertruck, all in violation of Title 18, United States Code, Section 844(i).

## COUNT TWO
### *Unlawful Possession of an Unregistered Firearm - Destructive Device*

On or about February 13, 2025, in the Western District of Missouri, the defendant, , KEVIN A. HARKINS, knowingly possessed a firearm,[1] that is a destructive device, commonly referred to as a Molotov cocktail, as defined in 26 U.S.C. §5845(a)(8) and (f), that was not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5861(d) and 5871.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit)

Christopher F. White, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me via reliable electronic means,
By telephone at 10:57 am, signature confirmed

September 12, 2025     at     Kansas City, Missouri
Date                                                               City and State

Honorable W. Brian Gaddy
United States Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer

---

[1] Title 26, United States Code, Section 5846(a)(8) defines the term "firearm" to include a "destructive device."